UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

IN RE:    STOUTT, TREVOR ALLEN

                              DEBTOR(S)        CASE NO. 3:23-bk-31842-SHB
                                                                       CHAPTER 7

Ann Mostoller, Trustee,           )
                                  )
      Plaintiff,                   )
                                  )
vs.                               )     ADV. NO. 3:24-ap-03014-SHB
                                  )
Melanie Stoutt, and               )
Trevor Allen Stoutt               )
                                  )
      Defendant(s).                )

MOTION FOR ENTRY OF ORDER
DISMISSING ADVERSARY PROCEEDING

Comes Ann Mostoller, Plaintiff, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and Bankruptcy Rule 7041, would move the Court to enter an Order of Dismissal in the above matter, a compromise having been reached with Melanie Stoutt by Order entered 11/4/24 and no responsive pleading having been filed:

WHEREFORE, Movant requests that a dismissal of the above adversary proceeding be entered.

Respectfully submitted: December 30, 2024

                                                     s/ Ann Mostoller
                                                   Ann Mostoller, #001146
                                                   Attorney for Trustee
                                                   Mostoller, Stulberg, Whitfield, Allen & Tippett
                                                   136 South Illinois Avenue, Suite 104
                                                   Oak Ridge, TN 37830
                                                   (865) 482-4466
                                                   bdavis@msw-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2024, a true and exact copy of the foregoing Motion for Order Dismissing Adversary Proceeding and proposed order was filed electronically. Notice of this filing will be sent to the following parties as indicated below:

**Via Electronic/ECF Mail**
Tiffany DiIorio, Attorney for United States Trustee; ECF
William E. Maddox, Attorney for Debtor(s); ECF
All parties indicated on the Court's electronic filing receipt

**Via US Regular Mail**
Melanie Stoutt
8637 Foust Hollow Rd
Knoxville, TN 37938

Trevor Stoutt
5709 Lyons View Pike, Apt 1221
Knoxville, TN 37919

                                                s/ Ann Mostoller
                                                Attorney